CGFD3 (01/11/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22–18990–AJC

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Lisset Garcia Martinez
937 West 79th Street
Hialeah, FL 33014

SSN: xxx–xx–3996

# CLERK'S NOTICE OF CHANGE TO ZOOM LINK FOR
# SCHEDULED VIDEO CONFERENCE HEARING

    Pursuant to General Order 2022–03 entered on December 21, 2022, hearings reassigned to Judge Paul G. Hyman, Jr. will proceed on the date and time as scheduled, however; the Clerk's Office is advising parties of a change to the Zoom registration link for participation in hearings before Judge Hyman.

    To participate in the hearing, you **must** register in advance no later than 3:00 p.m., one business day before the date of the hearing.

    **TO REGISTER:** CLICK HERE or manually enter the following ZOOM registration link in a browser:

    https://www.zoomgov.com/j/1613615540?pwd=MUpCK2RWcm1ZdEMvSDFuNWRIRTlHdz09

**Dated: 1/12/23**

**CLERK OF COURT**
By: Diana Cohen
Deputy Clerk

Copies to:  All Parties of record by the clerk