**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                        Chapter 13
                                        Case No.: 22-18990-AJC

**Lisset Garcia Martinez**,

     Debtor.
_____/

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S PROPOSED CHAPTER 13 PLAN [D.E. 7]**

BCMB1 Trust, its successors and/or assignees ("**Secured Creditor**"), objects to confirmation of Lisset Garcia Martinez's (the "**Debtor**") proposed Chapter 13 Plan [D.E. 7] filed on November 22, 2022, and states:

1. Secured Creditor holds a secured claim by virtue of that certain promissory Note dated November 2, 2006, which is secured by a Mortgage recorded on December 16, 2006 as Document Number 2006R1338222, in Book 25198, Page 1629, in the Public Records of Miami-Dade County, Florida, encumbering real property located at *937 West 79th Street, Hialeah, FL 33014* ("**Property**").

2. On November 22, 2022 ("**Petition Date**"), the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

3. On November 22, 2022, the Debtor filed the proposed Chapter 13 Plan [D.E. 7].

4. Secured Creditor will file its proof of claim by the Claims' Bar Date of January 31, 2023. The estimated total claim amount owed to Secured Creditor is $119,662.73. The estimated pre-petition arrearage owed to Secured Creditor is $76,813.98. The monthly post-petition mortgage payment owed to Secured Creditor is $389.44 (principal and interest).

5. The Debtor's Plan does not provide for cure of the pre-petition arrears owed to Secured Creditor. As a result, the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii). Accordingly, Debtor will be required to amend their plan to fully provide for the pre-petition arrears owed to Secured Creditor.

6. Additionally, the Plan fails to provide for payment of the correct post-petition monthly contractual payment due and owing when in fact the amount of the post-petition monthly contractual payment is $389.44. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully objects to confirmation of the Plan and requests the following:

1. That confirmation of the proposed Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief that this Court deems just and proper.

**Dated: January 17, 2023**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: 305.501.2808
Facsimile: 954.780.5578
bknotifications@ghidottiberger.com

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq. (FL Bar #107698)

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.

## CERTIFICATE OF SERVICE

On January 17, 2023, I served the foregoing document described as Objection to Confirmation of Debtor's Proposed Chapter 13 Plan on the following individuals by electronic means through the Court's ECF program:

### COUNSEL FOR DEBTOR

Ricardo Corona, Esq.          bk@coronapa.com

### CHAPTER 13 TRUSTEE

Nancy K. Neidich          e2c8f01@ch13miami.com

### U.S. TRUSTEE

USTPRegion21.MM.ECF@usdoj.gov

On January 17, 2023, I served the foregoing documents described as Objection to Confirmation of Debtor's Proposed Chapter 13 Plan on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida, enclosed in a sealed envelope, with postage paid, addressed as follows:

- 4 -

**DEBTOR**
Lisset Garcia Martinez
937 West 79th Street
Hialeah, FL 33014

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        By: /s/ Melbalynn Fisher
                                                Melbalynn Fisher, Esq.