

**ORDERED in the Southern District of Florida on March 2, 2023.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:                    CASE NO.: 22-18990-PGH
LISSET GARCIA MARTINEZ               CHAPTER 13

    Debtor,
_____/

### ORDER CONTINUING OBJECTION TO CLAIM 9-1 OF BCMB1, LLC, DE 33

**THIS CASE** came on to be heard on February 28, 2023, during the Chapter 13 Motion Consent Calendar, on the Debtor's Objection to Claim 9-1 of BCMB1 LL., DE 33 and both Debtor and Creditor needing additional time to discuss and respond, being the first time before, and no objections to a continuance being heard; it is

    **ORDERED** as follows:

1. The Court shall conduct a continued hearing on the Objection to POC 9-1 on March 28, 2023, at 9:00 am solely by videoconference. To participate in the hearing remotely via Zoom (whether by video or telephone), you must register in advance no later 3:00 p.m., one business day before the date of the hearing.

2. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItceGvqjwvGuYOQXCxWlKycEb1w9LKba4.

3. If a party is unable to register online, please contact Susan Gutierrez, Courtroom Deputy, at 305-714-1778, or email Susan_Gutierrez@flsb.uscourts.gov.

4. All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
Email: bk@coronapa.com

Ricardo Corona, Esq. is directed to mail a conformed copy of this Order to all interested parties immediately upon the receipt of this Order and shall file a certificate of service with the Clerk of Court.