

**ORDERED in the Southern District of Florida on July 17, 2023.**

**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO.: 22-18990-CLC** |
| **LISSET GARCIA MARTINEZ** | **CHAPTER 13** |

**<u>ORDER SETTING FINAL EVIDENTIARY HEARING ON DEBTOR'S OBJECTION
TO CLAIM OF BCMB1 TRUST c/o PLANET HOME LENDING, LLC [#9-2], DE 58</u>**

     **THIS MATTER** came before the court on June 27, 2023 at 9:00 am, on the Debtor's Objection to Claim of BCMB1 Trust c/o Planet Home Lending [#9-2] DE#58. Based on the record, it is **ORDERED** that:

1.     Debtor's Objection to Claim of BCMB1 Trust c/o Planet Home Lending, LLC[#9-2], DE#58 be scheduled for evidentiary hearing on **August 31, 2023, at 1:30 pm.**

2.     The hearing will be conducted at the U.S. Bankruptcy Court, 301 North Miami Avenue, Courtroom 7 (CLC), Miami, Florida 33128.

3.     The parties must comply with all rules for evidentiary hearings and must comply with Local Rule 0970-1.

###

**Submitted by:**
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305)547-1234 Phone
(305)266-1151 Facsimile
Email: bk@coronapa.com

Copies furnished to: Ricardo Corona, Esq. who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.